DOMINICK FRESE v. VERPETIA REALTY CO., INC.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

PROGRESSIVE ADVERTISING & PUBLICITY COMPANY, INC., v. LYRIC OPERATING CO., INC.— Motion for a stay granted, and motion to consolidate actions denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

· CHARLES B. SCHWANDA v. WADSWORTH REALTY CORPORATION and Others.— Motion granted so far as to stay all proceedings on the part of the plaintiff pending appeal. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of NATHAN KOPF, an Attorney.— Motion denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MAX M. GUTTMAN v. JOSEPH J. HARRIS and Another.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

INTERNATIONAL ACCEPTANCE BANK, INC., v. GEORGE REITH and Another, Copartners, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

JOBSON-GIFFORD COMPANY, Respondent, v. PATRICK McGOVERN, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JOBSON-GIFFORD COMPANY, Appellant, v. PATRICK McGOVERN, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ELEANOR SAMUELS, an Infant, by ALEXANDER CHYLAK, Her Guardian ad Litem, Respondent, v. TRUE STORY PUBLISHING CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within ten days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

AGATHA SAMUELS, Respondent, v. TRUE STORY PUBLISHING CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within ten days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MARK HELLINGER, Respondent, v. TRUE STORY PUBLISHING CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within ten days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

CHARLES FLEISCHER, Respondent, v. MACFADDEN NEWSPAPER PUBLISHING CORPORATION, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

N. & A. REALTY CO., INC., a Domestic Corporation, Respondent, v. BEN B. PAUKER, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within ten days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

DAVID EDWARD HOAG, Respondent, v. ELLEN WELLS PROBST, Appellant.—

Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

DESMOND KENNEDY, Respondent, v. TRUE STORY PUBLISHING CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within ten days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

CATHERINE BURKE, Respondent, v. THEODORE EHRSAM, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

IRVING C. FELLEMAN and Another, Copartners, etc., Respondents, v. COMPAGNIE DE NAVIGATION MIXTE, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of MARY AGNEW MEYN, Deceased.— Order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of ELIZABETH A. HOWARD-MARTIN, Deceased.— Order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

GRENADA INVESTMENT COMPANY, Appellant, v. HAROLD G. CORTIS and Others, Respondents.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

COMPTOIR COMMERCIAL D'IMPORTATION, a Corporation, Respondent, v. GEORGE A. ZABRISKIE and Another, etc., Appellants.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

BENJAMIN URY, Respondent, v. NEW YORK CITY CAR ADVERTISING COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.; McAvoy and Martin, JJ., dissent.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS J. ASTON, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.; O'Malley, J., dissents upon the reasoning in *People* v. *Timmerman* (79 App. Div. 565; affd., 179 N. Y. 550).

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SALVATORE DEGESO, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

TRADE BANK OF NEW YORK, Respondent, v. UNITED STATES FIDELITY AND GUARANTY COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, on the Complaint of DEPARTMENT OF HEALTH OF THE CITY OF NEW YORK, Respondent, v. DAVID NEUSCHTAT, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JACOB J. KAHN v. LEWIS S. ROSENSTIEL and Others.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THOMAS J. AGER, Respondent, v. THE CHASE NATIONAL BANK OF THE CITY OF NEW YORK and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendants to answer within twenty days from service of order upon payment of said costs and ten dollars costs of motion